IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERMILIO SALOME GAMEZ IZQUIERDO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, et al. | : | NO. 26-6329 |

ORDER

AND NOW, this 27th day of August 2026, it is hereby ORDERED that petitioner Ermilio Salome Gamez Izquierdo shall not be transferred out of the Eastern District of Pennsylvania pending further order of this court.

BY THE COURT:

/s/ Harvey Bartle III
J.