IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERMILIO SALOME GAMEZ IZQUIERDO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, et al. | : | NO. 26-6329 |

ORDER

AND NOW, this 3rd day of September 2026, based on the undisputed facts and for the reasons stated in Buele Morocho v. Warden Phila. Fed. Det. Ctr., No. 26-1150, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), it is hereby ORDERED that:

(1) the Petition for Writ of Habeas Corpus by Ermilio Salome Gamez Izquierdo is GRANTED;

(2) Ermilio Salome Gamez Izquierdo is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

(3) The Government shall RELEASE Ermilio Salome Gamez Izquierdo from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 12:00 P.M. EST on September 4, 2026;

(4) Upon his release, the Government is required to return any personal property of Ermilio Salome Gamez Izquierdo, including his identification documents, and any other belonging that he had on his possession when detained;

(5) The Government is temporarily enjoined from re-detaining Ermilio Salome Gamez Izquierdo for seven days following his release from custody;

(6) If the Government chooses to pursue re-detention of Ermilio Salome Gamez Izquierdo after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings;

(7) Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Ermilio Salome Gamez Izquierdo from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Ermilio Salome Gamez Izquierdo is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from the undersigned to move Ermilio Salome Gamez Izquierdo if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and to permit his transfer; and

(8) The clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Harvey Bartle III

J.